# EXHIBIT B



**BERKELEY ENGINEERING AND RESEARCH, INC.**

808 Gilman Street
Berkeley, CA 94710
Tel: 510-549-3300
Fax: 510-962-8230
www.bearinc.com

# Expert Report

In Reference to:

Case #24-6270 Mehle vs. Bodum

November 15, 2024

By Mingxi Zheng, M.S., P.E.

Submitted to:

Adam Kress
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101

## Contents

I.    Introduction ................................................................................................................................... 3

II.    Qualifications ................................................................................................................................. 3

III.    Documents and Items Reviewed ................................................................................................. 4

IV.    Analysis ......................................................................................................................................... 4

Joint inspection overview ................................................................................................................. 4

Evidence of thermal stress ................................................................................................................ 5

Keyence imaging and fractography reveals fracture origin on the inside of the carafe ............................. 5

SEM/EDS analysis reveals metal residue indicative of stainless steel, which the plunger assembly is composed of ............................................................................................................................... 7

The all-stainless steel plunger component is defective in that the design allows for extra pressure of a sharp exposed edge that scratches the inner surface of the glass carafe .............................................. 10

Alternative designs and options exist and are used in other products from Bodum and other brands 12

V.    Design, FMEA, and Risk Assessment .......................................................................................... 13

Risk assessment, warnings and design ............................................................................................ 17

VI.    Conclusions ................................................................................................................................. 23

## I.    Introduction

On April 21, 2022, Alicia Mehle started to make coffee using her Bodum Java Coffee Press around nine o'clock in the morning.  The night before, she had placed coarse grounds in the press for use the next morning.  The morning of, she used her electric kettle to heat up water while she got ready.  Once she was ready, she poured hot water from the kettle into the French press and placed the plunger assembly on the press.  Ms. Mehle let the grounds steep for approximately 5-10 minutes.  As she pressed down the plunger, the glass carafe cracked, causing scalding hot water to burst out of the press and burn Ms. Mehle's abdomen and hip.

I have examined the subject evidence to produce this report.  Based on my observations through joint inspections, similar incidents, and additional research concerning glass failure, the subject product failed and is defective because it allowed direct contact between the glass carafe and the stainless-steel components of the plunger that scratched the inner surface of the carafe, leading to areas of stress concentration and crack initiation sites. This allowed the product to fail from cyclical thermal stresses.[1]  A proper risk assessment would have identified these risks.

## II.    Qualifications

Ms. Zheng has 8 years of experience in the general field of materials science, mechanical engineering design, metallurgy, failure analysis and materials characterization. At her previous engineering roles, she has spent time in both active manufacturing environments and R&D phase companies developing new technologies. Her expertise includes experience in both metal and polymeric additive manufacturing, aerospace materials testing and analysis at SpaceX and Virgin Orbit, polymeric materials development at Carbon Inc. and 4 years of general consulting in failure analysis, materials characterization, product design and development. She has developed original standards, processes, and specifications in the positions she has held.

Ms. Zheng received a Bachelor of Science degree in Materials Science and Engineering from University of California, Berkeley, a Master of Science degree in Materials Science and Engineering from the University of California, Berkeley in 2015 and 2016 respectively. She is a Registered Professional Engineer in the State of California and a member of the American Society of Mechanical Engineers. At Berkeley Engineering and Research, Inc. (BEAR), Ms. Zheng specializes in a variety of engineering topics, including mechanical testing, design, materials characterization, new materials development, failure analysis, failure mode and effect analysis (FMEA), design of experiment (DOE), R&D to production transitions, quality and reliability, process development, systems engineering and technical program management.

Ms. Zheng is currently employed by BEAR.  For her time, BEAR charges $200 per hour for engineering work and $350 per hour for deposition and testimony, plus reimbursement for materials for testing, travel, and other out-of-pocket expenses.

---

[1] Cyclical thermal stresses occur when a product undergoes repeated heating and cooling cycles.  Naturally, due to how French presses are used, they experience thermal cycles from sudden heating when in use to make hot coffee, and cooling as coffee cools or is not in use.

## III.    Documents and Items Reviewed

- The subject Bodum Java Coffee Press

- Materials received November 2024

- Fractography of Glass, Edited by Richard C. Bradt & Richard E. Tressler, 1994.

- References cited within this report

## IV.    Analysis

### Joint inspection overview

The subject French press arrived in a total of five separate pieces: a lid and plunger assembly, a base with handle and portions of the glass carafe, and three pieces of the glass carafe. Figure 1 shows the subject Bodum during a joint inspection held on November 1, 2024, at Exponent in Menlo Park, California.



*Figure 1: The subject French press, as received, during a joint inspection on November 1, 2024.*

The glass beaker was cracked into two pieces, which could not be fully removed from the plastic frame. A screw on the handle was loosened to release the glass pieces without further damage. Figure 2 shows the two pieces separated. Both pieces were cleaned using some combination of Dawn dish soap, isopropyl alcohol (IPA) and acetone. All glass pieces were photo-documented and imaged using a Keyence microscope. The smaller pieces were also observed and imaged in a scanning electron microscope (SEM) and analyzed using energy dispersive X-ray spectroscopy (EDS) to identify residual elements.

## Evidence of thermal stress

Glass failures from thermal stresses result in little to no branching in crack patterns.[2] Additionally, thermal stresses result in cracks that form (near) 90º angles with both the edge and the surface of the glass.[3] Both of these characteristics are evident in the subject evidence, with the noticeable right angles observed in both fragments. Wallner lines perpendicular to the side walls are also generally indications of thermal related failures and are discussed in the following sections.

## Keyence imaging and fractography reveals fracture origin on the inside of the carafe

All glass pieces were inspected using the Keyence optical microscope and imaged. There are multiple crack origins on the inner surface of the carafe, indicating that this failure occurred due to defects occurring on the inner surface.

Figure 3 shows the smaller piece labeled with red arrows that show the range of an area of interest. Figure 4 is a Keyence image of this area. There are two notable features in this image: the first of which is concave Wallner lines. Wallner lines radiate perpendicularly away from the crack initiation sites. In this area, there appear to be multiple cracks initiation sites. Also present are hackle marks on the outer diameter (OD). Hackle marks are lines that point back towards the crack initiation site and are found on the side opposite to the initiation site, which again indicates that initiation was on the inner diameter (ID) of the carafe.

---

[2] Quinn, G. (2020), NIST Recommended Practice Guide: Fractography of Ceramics and Glasses, 3rd edition, Special Publication (NIST SP), National Institute of Standards and Technology, Gaithersburg, MD, [online], https://doi.org/10.6028/NIST.SP.960-16e3. Page 4-39.
[3] Vitro Architectural Glass. (2020). Glass Technical Document, TD-110. https://www.vitroglazings.com/media/d4wbnqbh/vitro-td-110.pdf



*Figure 3: The smaller of the two glass pieces with the area of interest labeled by two red markers*



*Figure 4: Keyence image the location in Figure 3.  ID is on the bottom of the image.*



*Figure 5: Higher magnification of the crack initiation site from Figure 3 and 4.  Other scratches on the ID are clearly visible.  Wallner lines and hackle marks are also more clearly visible.*

## SEM/EDS analysis reveals metal residue indicative of stainless steel, which the plunger assembly is composed of

Figure 6 is a secondary electron SEM image of a crack initiation site and Figure 7 is the same image but a backscattered electron image .  The scratches seen under the Keyence show up more clearly here.  EDS analysis was run on the bright area, and the resulting spectrum is shown in Figure 8 and 9.  A few areas were analyzed and supported the data in Figure 8 being representative of all these bright areas.  The sodium (Na), aluminum (Al), and silicon (Si) identified were expected as evidenced by the composition of borosilicate glass shown in Table 1.  **However, the iron (Fe) and chromium (Cr) indicate that this is stainless steel residue.[4]  The components that make up the plunger component of this French press are all notably stainless steel, as represented by Bodum on their product pages.[5, 6]  This means, to a reasonable degree of scientific certainty, that the steel plunger components are more likely than not what scratched the glass carafe and created these crack initiation sites.**  These cracks create imperfections that create stress concentrations that are susceptible to thermal cycles and use over time.

---

[4] All stainless steels contain at least 10.5% chromium.

[5] https://www.bodum.com/us/en/01-1508-16-612-component (Filter Plate).  https://www.bodum.com/us/en/01-1508-16-613-component (Spiral Plate).

[6] The subject plunger filter plate was also evaluated by an XRF gun for confirmation and shown to have iron and chromium.

*Table 1 Typical composition ranges for borosilicate glass.*

| Oxide | Typical ranges for Borosilicate glass[7] |
|---|---|
| $SiO_2$ | 70-80% |
| $B_2O_3$ | 7-13% |
| $NaO_2$ & $K_2O$ | 4-8% |
| $Al_2O_3$ | 2-8% |



*Figure 6: Secondary electron SEM image the subject glass carafe, inner surface on the bottom.  For reference, what would be the top of the French press is to the right of the image.*

---

[7] Hasanuzzaman, M., Rafferty, A., Sajjia, M., & Olabi, A.-G. (2016). Properties of Glass Materials. Reference Module in Materials Science and Materials Engineering. doi:10.1016/b978-0-12-803581-8.03998-9



*Figure 7: Backscatter SEM image of one of the crack initiation sites observed in previous images that highlights the elemental differences in the cracks on the ID.  Figures 8 and 9 are the EDS results of locations labeled 1 and 4.*



*Figure 8: EDS results of the bright areas seen on the inner surface of the carafe.  Iron (Fe) and Chromium (Cr) were identified, which is indicative of stainless steel. Other elements are consistent with elements found in borosilicate glass.*



*Figure 9: EDS results of an area adjacent to, and on the same plane as the area from Figure 9, but with no crack, which shows that there are no stainless-steel elements present, which further supports that the cracks are related to scratches by the plunger.*

**The all-stainless steel plunger component is defective in that the design allows for extra pressure of a sharp exposed edge that scratches the inner surface of the glass carafe.**

Inspection of the subject plunger (Figure 10) shows that there is an anomaly in the coil that extends beyond the implied design circumference. This results in a sharp corner of steel wire sticking out and expanding the effective circumference of the plunger. Since the plunger is already a snug fit within the diameter of the carafe, this expanded circumference means that this sharp wire corner is pushing (itself and also the filter plate) with extra force against the internal surface of the carafe and correlates with the scratches and stainless-steel residue observed during SEM/EDS analysis.

An image of a replacement part from the Bodum website also shows a product where the end of the steel wire protrudes outward, indicating that this is the normal condition for this part. This is a design defect in that this creates extra pressure against the inside of the class carafe as well as exposure of a sharp object to the inside surface. It appears that there is protruding material because extra length was used in the coil to ensure that the coil encompassed the entire circumference of the plate. Since the protruding coil end is present on the product page image, the only reason that this could exist is either because it is in the product design and specification or is a manufacturing byproduct. Either way, this shows a lack of attention to detail by Bodum as it creates compromising contact between the glass and a sharp metal object.

The metallic-only design of the plunger assembly also contradicts Bodum's own recommendations to use only "plastic and wooden tools to reduce scratching and weakening of the beakers", as recommended by Bodum customer service agents to individuals who have complained directly to them about their glass French presses exploding hot liquids and causing severe burns.[8]



*Figure 10: Additional views of the plunger assembly showing the protruding wire, highlighted by the arrow.*



*Figure 11: Image of a replacement spiral plate from the Bodum website that also shows a protruding wire end, highlighted by the arrow.*

---

[8] See e.g. customer service conversation records for Rufo/Taylor/Dadon/Phipps, etc.

## Alternative designs and options exist and are used in other products from Bodum and other brands

There are design options in which the risk of glass fracture is reduced or eliminated.

*Non-glass French presses*

Glass fracture risk can be removed if there is no glass in the product. French presses do not have to be glass and Bodum has realized this within their own product line, in a product called the Tribute Coffee Press.[9]  When individuals have complained to Bodum directly about glass carafes that have shattered, Bodum customer service offers to replace their broken glass French press with a "shatterproof"[10] metallic (stainless steel) model that can be assumed to be this, or a similar model.[11]

*Silicone (or an alternative temperature resistant soft material) on the edge of the plunger to avoid contact between the steel components of the plunger assembly and the glass.*

To avoid contact between steel (or other metal components) and the glass surface, a softer temperature resistant material can be used on the outer edge of the plunger, which will still effectively create a seal to stop coffee grounds from transferring past the plunger.  Food safe silicone is an easy choice.  The steel mesh appears to be designed to separate solid coffee grounds from strained coffee so it requires full contact with the inside wall of the carafe.  While a stainless-steel mesh with a silicone outer edge is an option, most metallic components could be done away completely.  For example, The ESPRO P3 French press sold on Amazon utilizes a double silicone seal and has a plastic plunger assembly.[12] I performed a visual review of the ESPRO P3 French press, reviewed the product listing, and read the customer reviews.  The silicone seal can properly form a seal to prevent solid coffee grounds from seeping into the filtered coffee and only the silicone contacts the inside wall of the carafe.

*The end of the coil should be welded or tacked down in some manner and cut to size*

The protruding sharp end of the coil could have been avoided had there been simply one extra step in the manufacturing process to either weld, solder, cut, or bend the exposed edge in a way that removes the sharp exposed edge and prevents an expansion of the diameter.

---

[9] https://www.bodum.com/us/en/11352-450-y21-tribute-press
[10] See e.g. customer service conversation records for Rufo/Taylor/Dadon/Phipps, etc.
[11] Interestingly, on the product page for the Tribute Press, the description says it is NOT shatterproof.



*Figure 12: ESPRO P3 French press with silicone seals on the plunger.[13]*

## V.    Design, FMEA, and Risk Assessment

The design risk assessment method typically used for industrial equipment and consumer products is termed Failure Modes and Effects Analysis (FMEA).  The method was developed in the 1940s by the U.S. Armed forces and formalized in 1949 with the introduction of Military Procedures document (MIL-P) 1629, "Procedures for Performing a Failure Mode Effect and Criticality Analysis."  The objective of the method was to systematically list, rank, classify and assess failures according to their effect on mission success and the safety of personnel and equipment.  It was later adopted by numerous industries and the Apollo Space Program in its efforts to put a man on the moon.  In the late 1970s Ford Motor Company brought the FMEA method to the automotive industry in response to the safety and regulatory issues resulting from the Pinto affair.[14]  In the 1980s, and 1990s, the FMEA method spread to industry equipment, consumer products (e.g. bicycles, computers, heat exchangers, etc.) and manufacturing systems and processes.

Once hazards or risks are known, the first and most desirable method in controlling the risk should be to design it out.  The second method is to guard against the hazard, but only if the first

---

[13] Amazon.com listing for the ESPRO P3.
[14] Kenneth W. Dailey, THE FMEA POCKET HANDBOOK at 8 (2004).  Effective FMEAs, by C.S. Carlson, John Wiley & Sons, 2012.

method (design it out) is deemed unfeasible.  The last and least desirable method is to educate the user against the hazard.[15]  In this case, alternative designs to design away the risks of scratching the inside of the carafe were feasible.  No FMEA from Bodum regarding this product has been produced to me, nor reviewed by me thus far.

This concept of first mitigating the hazard through design, then through guarding, and ultimately via information should the first two options fail has been formalized in the ISO Standard 12100 for machine design, and it is shown in Figure 14.  Although the scope of 12100 targets power driven machines, the flow chart provides a useful example of how an iterative risk assessment and reduction method could be implemented.

THIS SPACE INTENTIONALLY LEFT BLANK

---

[15] Handbook of System and Product Safety, by W. Hammer (Airforce and Hughes Aircraft Company Aeronautical Engineer), Prentice-Hall, 1972.  Accident Prevention Manual for Industrial Operations, Nat. Safety Council, 7th Edition, 1974, p. 105.  U.S Consumer Product Safety Commission, Central America Conference on Textiles Standards and Customs Procedures, June 23 – 24, 2015, by Frank J. Nava, Deputy Director, Field Operations.  Implementing an Effective Product Safety and Liability Control Program, Seminar presented by SSS Consulting, Dayton, OH, November 5-7, 1979, Sponsored by the San Francisco Chapter, American Society of Safety Engineers.



The first time the question is asked, it is answered by the result of the initial risk assessment.

**Figure 1 — Schematic representation of risk reduction process including iterative three-step method**

*Figure 13:  From ISO 12100, a risk assessment flow chart.*

The concept that warnings should never be accepted as a substitute for proper guarding or elimination of a hazard is not a new one – it was referenced at least as early as 1953.[16]  The design priority should be in the following order of preferences: 1) elimination/reduction; 2) prevention/ isolation; 3) warning/training.  This model specifically for the development of safe products was shown in the 1972 Handbook of System and Product Safety,[17] and more succinctly as design-remove-guard-warn-train, published at least as early as 1979.[18]



*Figure 14: A Model for Development of Safe Products.[19]*

It is good engineering practice to perform such an analysis not just for machinery, but for any device that is intended to have an operator/user and can pose hazards for the operator/user, such as the Bodum French press.  In this case, the risks were known and there are reasonable design alternatives.

A proper risk assessment in this case would have identified a risk of metallic components scratching the inside of the carafe.  In fact, Bodum's own customer service, in response to customers complaining about exploded French presses, reminded them to only use wooden or plastic tools to specifically "reduce scratching and weakening of the beakers".[20]  Clearly, this

---

[16] American Standard ASA Z53.1 1953 Safety Color Code for Marking Physical Hazards and the Identification of Certain Equipment

[17] Handbook of System and Product Safety, Willie Hammer, 1972, Figure 10.1 p253

[18] Implementing an Effective Product Safety and Liability Control Program, Seminar presented by SSS Consulting, Dayton, OH, November 5-7, 1979, Sponsored by the San Francisco Chapter, American Society of Safety Engineers.

[19] Ibid.

[20] Bodum 0348-0352

response shows that Bodum is aware of metallic parts scratching their glass, yet their whole plunger assembly is made of steel parts. Additionally, this risk is not warned against in the instruction manual included with the product, as seen in Figure 15:



*Figure 15: Bodum instruction manual excerpt regarding safety. There is no mention of scratch risks to the glass, other than to look for scratches.*

Further, putting the burden on the consumer in this case to look for scratches is unusual and ineffective, as the scratches that resulted in this and other similar failures required cleaning and highly specialized equipment to see, as described in the entirety of this report. The average consumer is not capable of this level of inspection, as these scratches were undetectable by the naked eye, and when the product is dirty from use. Again, regardless of these warnings, these risks were still ones that could have been designed away, as discussed previously in the alternative designs section.

## Risk assessment, warnings and design

The Risk Assessment method typically used in the automobile, crane and consumer product industries is termed Failure Modes and Effects Analysis (FMEA). The method was developed in the 1940's by the U.S. Armed forces and formalized in 1949 with the introduction of Military Procedures document (MIL-P)-1629, "Procedures for Performing a Failure Mode Effect and Criticality Analysis." The objective of the method was to systematically list, rank, classify and assess failures according to their effect on mission success and the safety of personnel and

equipment.[21]  It was later adopted by numerous industries and the Apollo Space Program in its efforts to put a man on the moon.  In the late 1970's, Ford Motor Company brought the method to the automotive industry to deal with the safety and regulatory issues resulting from the Pinto affair.[22]  The automotive industry began implementing FMEA and standardizing the methodology in the 1980's through the Automotive Industry Action Group ("AIAG") resulting in a reference manual: "Potential Failure Mode and Effects Analysis FMEA," to be used by its suppliers which is now in its 4th edition.  By the early 1990's most industrial equipment and consumer product manufacturers were using the method to systematically eliminate failure modes due to inadequate strength or lack of interlocks.

Bodum clearly knew or should have known what ought to be done in assessing risk in the design process.  A proper risk assessment would have resulted in engineers logically working through the use, and anticipatable misuse, of the subject kitchen system and the elimination of **known hazards** such as the ability of the metallic plunger components to scratch the glass.  Table 3 represents a list of similar cases to this one in which a Bodum French press exploded and caused severe burns with normal use.  In all these cases, Bodum was either notified by formal process or directly by the consumer via a customer service portal.  This complaint was so common, that it appears Bodum had a standard, copy-pasted response to anyone who contacted them directly via their customer service portal.  Their response is indicative of their knowledge of the issue.  With the hazard identified and known, Bodum still chose not to design out the risk.

Risk assessment is an iterative process as seen in Figure 14, and especially in the case of a mass consumer product, Bodum's responsibility is to be continually taking user feedback and iterating on their design.  Appropriate analysis and testing should be performed for each product to determine the best overall approach in regard to alternative designs and improvements but can be reasonably expected.

---

[21] Effective FMEAs, by C.S. Carlson, John Wiley & Sons, 2012.
[22] Ibid.

*Table 1 List of other similar incidents involving a Bodum French press.*

| Plaintiff Name | Incident Date | Date of purchase | Details |
|---|---|---|---|
| Todd Boffum | 2/24/2019 | | Glass broke, poured steaming hot water/coffee |
| Malika Cox | 11/16/2018 | 2017 (Target) | Used ~20times.  Using it as normal, "exploded" spewing hot material.  Glass broken. |
| Phillip DePaula | 1/21/2018 | | Was using French press, causing hot coffee to explode all over him |
| Eileen Gilligan | ~5/11/2018 | | Emailed Bodum customer service first.  French press exploded hot contents, had not gotten to the stage to use plunger. |
| M. Grant | 1/18/2018 | 10/28/2017 | Complaint.  Was depressing plunger when glass shattered and sent hot contents everywhere. |
| Jamie Hanafy | 5/11/2018 | 1/21/2018 | Ordered replacement beaker from Amazon.  Poured hot water, beaker shattered at the bottom. |
| Shawn Harris | Unk | | Bodum customer service chat, Bodum exploded while making cup of "café" |
| Lori Hoover | 6/5/2019 | | |
| Laura Nichols | 11/6/2018 | ~fall 2017 | Was using Bodum following instructions and glass beaker shattered, spilling hot water. |
| Rhonnda Pellgrini | 1/29/2016 | | Was properly using Bodum when it broke and spilled hot contents. |
| Carol Polito | 8/11/2015 | | Coffee press broke and spilled hot contents |
| Debra Robinson | ~8/22/2018 | | Insurance claim.  Used 1.5oz grounds, 10-11oz of 190F water, stirred with household spoon, let sit for 3-4 min. Depressed plunger and bottom blew out large piece of glass. |
| Susan Rufo | ~2/27/2019 | 11/7/2018 | -- |
| Sarah Stern | 7/23/2017 | | Was using product when it broke and spilled hot contents |
| Sierra Taylor | 3/26/2019 | ~6month prior | Insurance claim/contact Bodum direct.  Pressed down on "the handle" the glass cracked, and hot coffee sprayed everywhere. |
| Heidi Voelker | 1/12/2012 | | While using product, suddenly exploded. |
| Joseph Yoon | 7/13/2018 | ~a year prior | When Joe poured hot water into press, it exploded. |
| Sasha and Shane Norman | 11/11/2018 | Summer 2016 | Boiled water, allowed to simmer, loaded hot water into press.  Let ~4min pass.  Let son press plunger (as done many previous times) and glass broke. |
| Barry Dadon[23] | ~Jan 2019 | | Bodum customer service chat.  Bought from amazon.  Product exploded when push-- (document is cut off). |
| David Gross[24] | ~Mar 2019 | | Product exploded causing injury. |
| Benjamin Phipps[25] | ~Jun 2019 | ~Jan 2019 | Bodum customer service chat.  Bought from Walmart, cracked while plunging it. |
| Coryanne Ardison[26] | 9/24/2019 | | Bodum customer service chat.  Pressed coffee as usual, French press exploded. |
| Wade Mullen | 9/2702922 | | Was using Bodum as normal when it brake and spilled hot contents. |

---

[23] Previous cases known by counsel.
[24] *Ibid.*
[25] *Ibid.*
[26] *Ibid.*

The effectiveness of using a warning to protect against risks is also reduced in this case because coffee makers are common household products.  In fact, there are technical design drawings of Bodum's French press dating as far back as 1970.[27]  Moreover, glass coffee products in general are common, with traditional coffee makers using glass containers.  Not only are these found in homes, but also hotel rooms and other public places.  Its ubiquity contributes to its perceived safety.  Karnes (1986) was able to show through his study of ATV users that users with previous experience with ATVs perceived less risk than those who were new to ATVs, and "the efficacy of warnings against use with passengers varied as a function of prior passenger experience."[28]  The effect of increased familiarity or experience of the product along with the user's decreased perception of danger in regards to the effectiveness of warnings was also observed by Heckman (2010)[29] and Otsubo (1988).[30]

In this case, the French press has become a common household item. Users may not perceive a coffee maker to be a particularly dangerous item and consequently not feel the need to review the manual thoroughly regarding safety.  This trend supports the concept of eliminating hazards first and warning only if eliminating the hazard is not practical as discussed in the Risk Assessment approach to design.

Risk Assessment in design and failure analysis is used to systematically define, identify, and eliminate known and/or potential failures, problems and errors from a system/design before they reach the customer.[31]  Failure modes and effects analysis (FMEA) is the most commonly used engineering risk assessment technique used in the design and failure analysis of equipment and consumer products.  In applying FMEA, failure is viewed as a three-part event: cause, failure mode, and effect.  The cause is always in terms of root cause; the failure mode is how the failure manifests itself to the customer; the effect is the impact on the customer.[32]  For each failure identified, an estimate is made of its severity, occurrence frequency of the cause(s) and detectability of the cause(s).  A risk priority number (RPN) is estimated or calculated by taking the product of Severity (S), Occurrence (O), and Detectability (D), all of which are given a ranking from 1 to 10.[33]  An evaluation is then made of the necessary action to be taken, based primarily on

---

[27] Prior Bodum production.

[28] Karnes, E.W., Leonard, S.D., & Rachwal, G. (1986). Effects of benign experience on the perception of risk. Proceedings of the Human Factors Society 30th Annual Meeting, 121-125.

[29] Heckman, G. M., Harley, E. M., Scher, I., & Young, D. E. (2010). Helmet use in sledding: Do users comply with manufacturer warnings? Proceedings of the Human Factors and Ergonomics Society 54th Annual Meeting, 733-737.

[30] Otsubo, S.M. (1988). A behavioral study of warning labels for consumer products: Perceived danger and use of pictographs. Proceedings of the Human Factors and Ergonomics Society 32nd Annual Meeting, 536-540.

[31] D. H. Stamatis, Failure Mode and Effect Analysis:  FMEA from Theory to Execution. ed. Paul O'Mara, 2nd ed.  Milwaukee: ASQ Quality Press, 2003 p. 21.  There are numerous books on FMEA, such as Carlson, Carl, S. Effective FMEAs, Wiley, 2012.

[32] Dailey, Kenneth W., The FMEA Pocket Handbook.  Ed. Martha Minturn, Doug Wieckhorst, Bruce Welch.  Port Saint Lucie:  DW Publishing Company, 2004 p. 8.

[33] Stamatis, p. 320.

the RPN.  Typically, if the RPN is greater than 125 and/or the Severity number (S) is 8 or greater, action (e.g. a design change) is typically recommended.[34]

The emphasis, and engineering standard of care in performing a risk assessment, is to minimize the probability of the *cause* of failures.[35]  The probability of failure e*ffects* is difficult to track, often unknown at the time of design, and can be highly variable with a low number of manufactured units.  Bodum is producing these products at a large scale and has more than enough data to understand their product is defective.[36]

For risk assessment in design to be successful, one must be prevention oriented.  Unless continual improvement is the force that drives the FMEA, it will be conducted only to satisfy customers and/or market requirements to the letter rather than the spirit of the requirements,[37] resulting in high costs to a company's bottom line:



*Figure 16.  The Factors of 10 rule.[38]*

Once hazards or defects are identified, such as the risk of metallic components scratching the glass carafe, the engineering standard of care is to design them away if possible, rather than simply warning against them.  The concept of eliminating hazards first and warning only if

---

[34] Engineering Design – A systematic Approach, 3rd Edition, by G. Pahl, W. Beitz, J. Feldhusen and K. H. Grote; edited and translated by K. Wallace and L. Blessing, Springer-Verlag, 2007, pg. 529.

[35] Effective FMEAs, by C.S. Carlson, John Wiley & Sons, 2012, p. 140: "Potential Misapplication of Occurrence Ranking.  Some practitioners attempt to use the occurrence ranking to reflect the likelihood of the *effect*, instead of the likelihood of the *cause*.

[36] In fact, every Bodum French press product even has a description category as to whether or not each product is "shatterproof" in the product description.  It's an interesting detail to include for something a user doesn't expect to suddenly shatter in its non-impact typical use case.

[37] Stamatis, p. xxvi.

[38] Effective FMEAs, by C.S. Carlson, John Wiley & Sons, 2012.

eliminating the hazard is not practical began to appear in the engineering and design literature as early as 1953:[39]

> It is the intention that the use of this code should supplement the proper guarding or elimination of hazardous conditions. The marking of a physical hazard by a standard color warning should never be accepted as a substitute for the complete elimination of the hazard wherever this is possible.

The concept evolved through the 1970's into what is commonly referred to as the Safety Hierarchy.[40]  The Safety Hierarchy is shown below in a graphical manner from a 1979 seminar on designing safe products:[41]



*Figure 17:  A Model for the Development of Safe Products, the Safety Hierarchy.*

---

[39]  American Standard ASA Z53.1 1953 Safety Color Code for Marking Physical Hazards and the Identification of Certain Equipment.

[40] Accident Prevention Manual for Industrial Operations, 3rd Edition, National Safety Council, 1955, pages 1-7, 4-8. Handbook of System and Product Safety, by W. Hammer (Airforce and Hughes Aircraft Company Aeronautical Engineer), Prentice-Hall, 1972.  Accident Prevention Manual for Industrial Operations, National Safety Council, 7th Edition, 1974, pg. 105, the "Safety Hierarchy."

[41] Implementing an Effective Product Safety and Liability Control Program, Seminar presented by SSS Consulting, Dayton, OH, November 5-7, 1979, San Francisco Chapter, American Society of Safety Engineers.

It should also be noted that the development of warnings early and integrated in the design process provides the designers with the opportunity to eliminate identified hazards instead of warning against them as described in peer reviewed articles on the subject.[42]  Frantz et al. states: "*Early development allows the warning design process to interact with and overlap the product design process. Such integration can serve to enhance user performance and satisfaction, and help manufacturers avoid costly design modification required to eliminate hazards that might otherwise be discovered late in the product development process.*"

Relying on the user to avoid a hazardous scenario when the design defect can be easily and feasibly designed-out of the product is inconsistent with the standard of care in design and engineering of products. Such a product is defective.


## VI.    Conclusions

The opinions and conclusions in this report are stated with a reasonable degree of engineering certainty based on currently available information and are subject to change if, and when, additional information becomes available.

- The subject French press failed due to thermal stress as indicated by the 90-degree angles of the fracture pattern and minimal branching of cracks.

- The subject French press failed due to scratches formed on the inner surface of the carafe that created crack initiation sites.

- Stainless steel residue was identified via EDS at the location of these scratches.

- These crack initiation sites were formed by the stainless-steel plunger components scratching the inside surface of the glass carafe and leaving residue from contact.

- The cracks grew with continued use of the product due to thermal cycling until a critical point was reached, at which point the carafe exploded during use.

- The subject French press is defective in that the plunger design includes a metallic plate with a protruding stainless-steel wire that exposed the inside of the glass carafe to the scratching and abrasive action of the sharp edge of the steel wire.

- The subject French press is defective in that alternative designs exist that reduce or eliminate the risk of glass fracture, specifically, either making the French press

---

[42] Frantz, J.P., Rhoades, T.P. & Lehto, M.R. (1999), Practical considerations regarding the design and evaluation of product warnings. In M.S. Wogalter, D.M. DeJoy & K.R. Laughery (Eds.) *Warnings and Risk Communication* (pp. 291-311). Philadelphia, PA: Taylor & Francis.  Nemire, K., Stevick, G., and D. Xu, "Forensic Evaluation of a Hazardous Household Product." *Ergonomics in Design,* 25(2) (2017) 15-24.

carafe out of metal or some other temperature stable, non-glass material, or changing the plunger design so a non-metallic and non-abrasive material contacts the glass, such as silicone.

- Bodum was aware of the defects in their products as evidenced by multiple customer complaints and as represented in their own responses to these complaints yet chose not to improve the product and protect consumers from this known risk.

- A proper risk assessment process and FMEA would have identified these risks.

- These defects directly relate to and caused the injuries experienced by Ms. Mehle.

END OF REPORT