```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICIA ANN MEHLE,

                Plaintiff,

        -against-

BODUM USA, INC.,

                Defendant.

24-cv-2740 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file a joint status letter on December 19, 2025.

**SO ORDERED.**

**Date: October 24, 2025**
**New York, NY**

                                                      **MARY KAY VYSKOCIL**
                                                      **United States District Judge**