UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:   4/22/26            │
└─────────────────────────────────┘
```

ALICIA ANN MEHLE,

        Plaintiff,

-against-

BODUM USA, INC.,

        Defendant.

24-cv-2740 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a joint letter from the parties stating that they have reached a settlement in principle.  Accordingly, IT IS HEREBY ORDERED that the Pretrial Conference that was scheduled to take place on April 23, 2026 and the jury trial that was scheduled to begin on May 12, 2026 are ADJOURNED *sine die.*

IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by May 22, 2026.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die.*

**SO ORDERED.**

Date:  **April 22, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**